IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DWIGHT CAMPBELL,                                    :
     Plaintiff                         :
   v.                                            : Case No. 3:22-cv-71-KAP
MAGISTRATE JUDGE MATTHEW      :
DUNIO, *et al.*,                                        :
     Defendants                    :

<u>Memorandum Order</u>

  Plaintiff's "Motion to Waive Filing Fee," ECF no. 3, considered as a motion for leave to proceed *in forma pauperis,* is denied for the reasons stated in my Order of May 10, 2022. This matter will remain administratively closed (not dismissed) until plaintiff has paid the full filing fee ($402).

  Plaintiff can pay the filing fee or appeal this order to District Judge Haines.

DATE:  May 25, 2022

              Keith A. Pesto,
              United States Magistrate Judge

Notice by U.S. Mail to:

  Dwight Campbell #1600056
  Blair County Prison
  419 Market Square Alley
  Hollidaysburg, PA 16648