IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DWIGHT CAMPBELL, :
    Plaintiff :
    v. : Case No. 3:22-cv-71-SLH-KAP
MAGISTRATE JUDGE MATTHEW :
DUNIO, *et al.*, :
    Defendants :

### Memorandum Order

Plaintiff's single motion to reinstate was filed at ECF no. 21 in this case and at other numbers in three other cases dismissed by Judge Haines: <u>Campbell v. Board of Directors</u>, Case No. 3:21-cv-51-SLH; <u>Campbell v. Freed</u>, Case No. 3:20-cv-228-SLH; and <u>Campbell v. Logan Township</u>, Case No. 3:20-cv-151-SLH. For the reasons already explained three times by Judge Haines, plaintiff's motion to reinstate is improper and untimely. The motion, which does not attempt to specify what justifies vacating the judgment in this case, is denied.

DATE: April 11, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

    Dwight Campbell QP-4379
    S.C.I. Huntingdon
    1100 Pike Street
    Huntingdon, PA 16654